# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| **North American Rescue, Incorporated, and North American Rescue, LLC**<br><br>Plaintiffs,<br><br>v.<br><br>**Combat Medical Systems, LLC,**<br><br>Defendant. | Case No: 6:09-cv-02568-HFF<br><br>CONSENT ORDER OF DISMISSAL |

The Court having been advised that the above action has been settled,

**IT IS ORDERED** that this action, including its claims and counterclaims, is hereby dismissed without costs and with prejudice pursuant to Fed. R. Civ. P. 41..

                                            **s/Henry F. Floyd**
                                            The Honorable Henry F. Floyd
March 25, 2010                                     United States District Judge

**I SO MOVE:**

**WE CONSENT:**

| | |
|---|---|
| McNair Law Firm, P.A. | Culbertson and Alexander, LLC |
| | |
| s/Douglas W, Kim | s/David Alexander |
| | |
| Douglas W. Kim | David Alexander |
| Attorney for Plaintiff | Attorney for Defendant |

GREENVILLE 276980v1